IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CAVINAUGH L. HUGHES, | |
| Plaintiff, | |
| v. | No. 15 C 6432 |
| SERGEANT DURRETT and LIEUTENANT BROWN, | Judge: Hon. Jorge L. Alonso |
| Defendants. | Magistrate Judge Jeffrey T. Gilbert |

**PLAINTIFF'S UNOPPOSED MOTION TO COMMENCE TRIAL
ON NOVEMBER 6, 2018**

Plaintiff, CAVINAUGH L. HUGHES, by and through his attorneys, respectfully requests that his trial begin one day later than currently scheduled, on November 6, 2018. In support of his motion, Plaintiff states as follows:

1. Plaintiff's suit against Defendants Sergeant Durrett and Lieutenant Brown is scheduled to begin on November 5, 2018.

2. On October 24, 2018, this Court ordered that the inmate witnesses who had provided affidavits in support of Plaintiff's claim would be called as witnesses over video.

3. Plaintiff had intended to call Daniel Olivares, Christopher Schalk, William Finney, Alejandro Quezada, and Ronald Patterson, all of whom are incarcerated at Illinois Department of Corrections facilities, on the second day of trial, after the testimony of Plaintiff.

4. On October 26, 2018, the Court informed Plaintiff that Daniel Olivares, Christopher Schalk, William Finney, Alejandro Quezada, and Ronald Patterson, all of whom are incarcerated at Illinois Department of Corrections facilities, would not be able

to provide testimony on Tuesday, November 6, 2018, and would have to be called on Wednesday, November 7, 2018.

5. Plaintiff does not expect that its case in chief will last longer than two days.

6. On October 30, 2018, Plaintiff's counsel contacted Defendants' counsel to ask if they would agree to start the trial a day later, on November 6, 2018. Defendants' counsel had no objection.

7. To the extent that this would limit the total time spent on Plaintiff's case in chief, it would limit the amount of days that Plaintiff Cavinaugh Hughes, Defendants Durrett and Brown, and other witnesses, need to be available for trial, and would promote judicial efficiency.

8. No party will be prejudiced by granting this extension.

WHEREFORE, Plaintiff requests his trial begin one day later than currently scheduled, on November 6, 2018, and any other relief this Court deems just and equitable.

                Respectfully submitted,
                CAVINAUGH L. HUGHES

                By: */s/ Hailey M. Golds*
                      One of Plaintiff's Attorneys

Frederic S. Lane (1570382)
Hailey M. Golds (6312907)
**ROBBINS SCHWARTZ NICHOLAS LIFTON & TAYLOR, LTD.**
55 West Monroe, Suite 800
Chicago, Illinois 60603-5144
(312) 332-7760
(312) 332-7768 (Fax)
flane@robbins-schwartz.com
mwetzel@robbins-schwartz.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed this PLAINTIFF'S UNOPPOSED MOTION TO COMMENCE TRIAL ON NOVEMBER 6, 2018 with the Clerk of the Court using the CM/ECF system on October 30, 2018, which constitutes service on all counsel of record, registered filing users, pursuant to Fed. R. Civ. P. 5(b)(2)(D) and L.R. 5.9.

                                            s/ *Hailey M. Golds*
                                            Hailey M. Golds

801942v1